UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISON

| | |
|---|---|
| WILLIAM BRENT SCHAFER, et al. ) | CASE NO. 3:18-cv-23 |
| ) | |
| Plaintiffs, ) | |
| v. ) | **NOTICE OF VOLUNTARY** |
| ) | **DISMISSAL WITH PREJUDICE** |
| LASER SPINE INSTITUTE, LLC, et al. ) | **OF DEFENDANT ANTHEM** |
| ) | **INSURANCE COMPANIES, INC.** |
| Defendants. ) | |

Now comes Plaintiff, by and through counsel, to give notice of voluntary dismissal of Defendant Anthem Insurance Companies, Inc., with prejudice, under Civil Rule 41(A)(1) of the Federal Rules of Civil Procedure.

Respectfully submitted,

*/s/ F. Harrison Green*
F. Harrison Green, Esq.
Attorney for Plaintiff William Brent Schafer
Indian Supreme Court Reg. #22154
4015 Executive Park Drive, Suite 230
Cincinnati, Ohio 45241
(513) 769-0840 Tel.
(513) 563-2953 Fax
Email: fhgreen@fuse.net

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of March, 2018, I sent a copy via USPS to the following:

Laser Spine Institute, LLC
450 North New Ballas Road
Creve Coeur, MO 63141

Anthem Insurance Companies, Inc.
c/o CT Corporation System
150 West Market Street, Suite 800
Indianapolis, IN 46204

Troy Henry Caron, D.O.
1229 East Seminole, Suite 200
Springfield, MO 63804

Sung T. Choe, M.D.
c/o Laser Spine Institute
450 North Ballas Road
Creve Coeur, MO 63141

/s/ F. Harrison Green
F. Harrison Green, Attorney for Plaintiff