UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISON

| | | |
|---|---|---|
| WILLIAM BRENT SCHAFER, et al. | ) | CASE NO. 3:18-cv-23 |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | NOTICE OF VOLUNTARY |
| | ) | DISMISSAL WITH PREJUDICE |
| LASER SPINE INSTITUTE, LLC, et al. | ) | OF DEFENDANT ANTHEM |
| | ) | INSURANCE COMPANIES, INC. |
| Defendants. | ) | |

APPROVED - Defendant Anthem is dismissed with prejudice.
Dated: 3/08/18

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Now comes Plaintiff, by and through counsel, to give notice of voluntary dismissal of Defendant Anthem Insurance Companies, Inc., with prejudice, under Civil Rule 41(A)(1) of the Federal Rules of Civil Procedure.

Respectfully submitted,

/s/ F. Harrison Green
F. Harrison Green, Esq.
Attorney for Plaintiff William Brent Schafer
Indian Supreme Court Reg. #22154
4015 Executive Park Drive, Suite 230
Cincinnati, Ohio 45241
(513) 769-0840 Tel.
(513) 563-2953 Fax
Email: fhgreen@fuse.net